# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>James Ada Mafnas<br><br>    Defendant. | CRIMINAL CASE NO.: 99-00144-001 |

**FILED**
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

**Re:** **Report and Order Terminating Term of Supervised Release**

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on August 19, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 20th day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
    John T. Gorman, FPD
    File

**RECEIVED**

AUG 29 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

*************************************************************************

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceeding in the case be terminated.

Dated this 29th day of August 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL